**No. 45764.**—Protests 987108–G, etc., of T. H. Lung Co. et al. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.